FILED

10 MAR -8 AM 11:48

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

CASE NUMBER: ED 10-0057M

v.

Anthony Digati

DEFENDANT(S).

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: United States of America
in the Southern District of New York on 3/4/10
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 875 (d)
in violation of Title 18 U.S.C., Section(s) _____
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/8/10, by

_L. Mung_, Deputy Clerk.

Signature of Agent: _[signature]_

Print Name of Agent: Jeffrey T. Stiff

Agency: FBI

Title: Special Agent

---

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT